In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-09-00270-CV


____________________



IN THE MATTER OF C.A.T. 


 




On Appeal from the 410th District Court


Montgomery County, Texas


Trial Cause No. 07-12-12583 JV






MEMORANDUM OPINION


 

 On July 21, 2009, we notified the parties that the appeal would be dismissed unless
the appellant remitted the filing fee for the appeal. Appellant did not respond to the notice.

 The trial court appointed counsel to represent C.A.T. in this appeal but found C.A.T.'s
family can afford to pay the cost of the reporter's record. C.A.T. has not asserted that he
cannot afford to pay the filing fee, nor has he asserted that his family cannot afford to pay the
filing fee. There being no satisfactory explanation for the failure to pay the filing fee for the
appeal, the appeal is dismissed for want of prosecution. See Tex. R. App. P. 42.3.

 APPEAL DISMISSED.


 _____________________________

 STEVE McKEITHEN

 Chief Justice

Opinion Delivered August 13, 2009

Before McKeithen, C.J., Gaultney and Horton, JJ.